Exhibit "A"

Print All

| Case Number | Matter Code | Party Name | Party Type | Commenced | Case Type | Caption Plaintiff | Caption Defendant | Lis Pendens | Status | Parcel Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 2009-08036 | | CAPITAL ONE BANK | P | 7/27/2009 | EXEMPLIFICATION OF JUDGMENT FROM STATE OF ,FILED. | CAPITAL ONE BANK | MIRANDA, CRISTAL | No | X | |
| 2009-11345 | | CAPITAL ONE BANK | P | 10/26/2009 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK | CORRADO, CHRISTIAN | No | X | |
| 2009-11914 | | CAPITAL ONE BANK | P | 11/9/2009 | EXEMPLIFICATION OF JUDGMENT FROM STATE OF ,FILED. | CAPITAL ONE BANK | GANNON, VERONICS | No | X | |
| 2011-03256 | | CAPITAL ONE BANK | P | 4/6/2011 | EXEMPLIFICATION OF JUDGMENT FROM STATE OF ,FILED. | CAPITAL ONE BANK | NOTTE, MARIA | No | X | |
| 2011-07883 | | CAPITAL ONE BANK | P | 9/6/2011 | EXEMPLIFICATION OF JUDGMENT FROM STATE OF ,FILED. | CAPITAL ONE BANK | HAYES, MAUREEN | No | X | |
| 2009-12041 | | CAPITAL ONE BANK USA N A | P | 11/12/2009 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA N A | SHERRARD, THEODORE | No | X | |
| 2009-12808 | | CAPITAL ONE BANK USA N A | P | 12/3/2009 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA N A | JASNOFF, ZACHARY | No | X | |
| 2009-09472 | | CAPITAL ONE BANK USA NA | P | 9/4/2009 | EXEMPLIFICATION OF JUDGMENT FROM STATE OF ,FILED. | CAPITAL ONE BANK USA NA | TAYLOR, DREW | No | X | |
| 2009-10205 | | CAPITAL ONE BANK USA NA | P | 9/25/2009 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA NA | CEPEDA, ANA | No | X | |
| 2009-10220 | | CAPITAL ONE BANK USA NA | P | 9/25/2009 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA NA | AVILES, MIRIAM | No | X | |
| 2009-10241 | | CAPITAL ONE BANK USA NA | P | 9/25/2009 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA NA | GREENER, JAMES | No | X | |
| 2009-12008 | | CAPITAL ONE BANK USA NA | P | 11/12/2009 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA NA | HANSBURY, CHRIS | No | X | |
| 2009-12010 | | CAPITAL ONE BANK USA NA | P | 11/12/2009 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA NA | SANDS, SABRINA | No | X | |
| 2009-13440 | | CAPITAL ONE BANK USA NA | P | 12/21/2009 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA NA | VERNI, COSMO | No | A | |
| 2010-03708 | | CAPITAL ONE BANK USA NA | P | 4/16/2010 | CERTIFICATION OF JUDGMENT FROM DISTRICT JUSTICE OF THE PEACE. ASSUMPSIT EO DIE JUDGMENT ENTERED IN THE SUM OF $ | CAPITAL ONE BANK USA NA | RUBINO, JENNIFER | No | X | |
| 2010-06812 | | CAPITAL ONE BANK USA NA | P | 7/8/2010 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA NA | EVANS, EDWARD | No | X | |
| 2010-07487 | | CAPITAL ONE BANK USA NA | P | 7/26/2010 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA NA | DREJERWSKI, BARBARA | No | X | |
| 2010-07489 | | CAPITAL ONE BANK USA NA | P | 7/26/2010 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA NA | FLYNN, SUSAN | No | X | |
| 2010-07499 | | CAPITAL ONE BANK USA NA | P | 7/26/2010 | COMPLAINT IN ASSUMPSIT FILED. | CAPITAL ONE BANK USA N A | NOBLE, LOUIS | No | X | |
| 2010-07510 | | CAPITAL ONE BANK USA NA | P | 7/26/2010 | COMPLAINT IN ASSUMPSIT FILED. | CAPITAL ONE BANK USA NA | TUFT, JOSEPH | No | X | |

Print All

| Case Number | Matter Code | Party Name | Party Type | Commenced | Case Type | Caption Plaintiff | Caption Defendant | Lis Pendens | Status | Parcel Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 2010-07700 | | CAPITAL ONE BANK USA NA | P | 7/29/2010 | COMPLAINT IN ASSUMPSIT FILED. | CAPITAL ONE BANK USA NA | LEVY, HOWARD | No | X | |
| 2010-10880 | | CAPITAL ONE BANK USA NA | P | 10/20/2010 | COMPLAINT IN ASSUMPSIT FILED - OTHER. | CAPITAL ONE BANK USA NA | VELEZ, MARIA | No | X | |
| 2011-02101 | | CAPITAL ONE BANK USA NA | P | 3/7/2011 | EXEMPLIFICATION OF JUDGMENT FROM STATE OF , FILED. | CAPITAL ONE BANK USA NA | ROCH, GAETAN | No | X | |
| 2011-02102 | | CAPITAL ONE BANK USA NA | P | 3/7/2011 | EXEMPLIFICATION OF JUDGMENT FROM STATE OF , FILED. | CAPITAL ONE BANK USA NA | SABO, KRISTEN | No | X | |
| 2011-02103 | | CAPITAL ONE BANK USA NA | P | 3/7/2011 | EXEMPLIFICATION OF JUDGMENT FROM STATE OF , FILED. | CAPITAL ONE BANK USA NA | BRAME, ELLIOT | No | X | |
| 2011-04300 | | CAPITAL ONE BANK USA NA | P | 5/11/2011 | EXEMPLIFICATION OF JUDGMENT FROM STATE OF , FILED. | CAPITAL ONE BANK USA NA | BRADLEY, PATRICIA | No | X | |
| 2011-03454 | | CAPITAL ONE FSB | P | 4/13/2011 | EXEMPLIFICATION OF JUDGMENT FROM STATE OF , FILED. | CAPITAL ONE FSB | PROVENZANO, AIMEE | No | X | |