Exhibit "B"

[Print All]

| Case Number | Commenced | Case Type | Caption Plaintiff | Caption Defendant | Judgement | Lis Pendens | Status | Parcel Number |
|---|---|---|---|---|---|---|---|---|
| 1985-11792 | 7/26/1985 | COMPLAINT IN CONF. OF JUDGMENT | GREENWOOD MGMT CO | THOMAS, GERD | Yes | No | 1 | |
| 1989-03194 | 3/1/1989 | WRIT OF EXECUTION | TEMPLE UNIVERSITY | SLAYMAKER, MITCHELL R | Yes | No | 1 | |
| 1989-07615 | 5/8/1989 | WRIT OF EXECUTION | TEMPLE UNIVERSITY | CRAWFORD, CHARLES A | Yes | No | 1 | |
| 1989-08264 | 5/16/1989 | CERTIFICATION OF JUDGMENT | TEMPLE UNIVERSITY | SHARP, LEAH | Yes | No | 1 | |
| 1995-09457 | 5/12/1995 | COMPLAINT-CIVIL ACTION | SERLING, BARBARA | SERLING, LISA | Yes | No | 4 | |
| 1995-10706 | 5/26/1995 | COMPLAINT-CIVIL ACTION | CORESTATES BK OF DEL NA | SERLING, BARBARA | Yes | No | 4 | |
| 1997-08365 | 5/5/1997 | APPEAL FROM DISTRICT JUSTICE | TRACANNA, CEASAR | PERNO, STEVEN | Yes | No | 4 | |
| 2003-10688 | 6/12/2003 | COMPLAINT FOR CUSTODY | NEWBY, LISA | SNOWDEN, LYNWOOD | No | No | 3 | |
| 2004-09863 | 5/11/2004 | JUDGMENT FROM DISTRICT JUSTICE | ARDMORE TIRE INC | MARTINS FREIGHT SYST INC | Yes | No | 1 | |
| 2005-21284 | 8/23/2005 | COMPLAINT-CIVIL ACTION | MERLIN INDUS INC | HEICKEL, DANIEL | No | No | 3 | |
| 2007-16530 | 7/13/2007 | Complaint Civil Action | SCOTT, JACK | REEDER, WALT | No | No | 2 | |
| 2009-23206 | 7/27/2009 | Complaint Civil Action | VNB LOAN SERVICES INC | COTTOM, SHANNON | No | No | 2 | |
| 2009-23996 | 8/3/2009 | Complaint Civil Action | VNB HOME LOAN SERVICES INC | HOLMES, FREDDIE | Yes | No | 4 | |
| 2009-29667 | 9/17/2009 | Complaint Civil Action | CAPITAL ONE BANK USA NA | MILLER, ERIC | Yes | No | 4 | |
| 2009-30198 | 9/22/2009 | Complaint Civil Action | CAPITAL ONE BANK USA NA | MCFARLAND, LAWRENCE | Yes | No | 4 | |
| 2009-30970 | 9/28/2009 | Complaint Civil Action | CAPITAL ONE BANK USA NA | WILSON, MARK | Yes | No | 4 | |
| 2009-30972 | 9/28/2009 | Complaint Civil Action | CAPITAL ONE BANK USA NA | BROWN, MIKE | Yes | No | 4 | |
| 2009-30997 | 9/28/2009 | Complaint Civil Action | CAPITAL ONE BANK USA NA | TIMLIN, JERRY | No | No | 2 | |
| 2009-32076 | 10/7/2009 | Complaint Civil Action | CAPITAL ONE BANK USA | LEE, MUNKYU | Yes | No | 4 | |
| 2009-32175 | 10/5/2009 | Complaint Civil Action | CAPITAL ONE BANK USA NA | CHRISTOFFERS, BONNIE | Yes | No | 4 | |

Copyright © 2008-2011 Paperless Solutions, Inc. All rights reserved.

Print All

| Case Number | Commenced | Case Type | Caption Plaintiff | Caption Defendant | Judgement | Lis Pendens | Status | Parcel Number |
|---|---|---|---|---|---|---|---|---|
| 2009-35247 | 10/30/2009 | Complaint Civil Action | FIA CARD SERVICES NA | BRADLEY, ANNE | Yes | No | 4 | |
| 2009-35641 | 11/2/2009 | Complaint Civil Action | CAPITAL ONE BANK USA NA | TIMLIN, JERRY J | No | No | 2 | |
| 2009-37204 | 11/13/2009 | Complaint Civil Action | CAPITAL ONE BANK USA NA | JOHNSON, LINDA C | Yes | No | 4 | |
| 2009-37207 | 11/13/2009 | Complaint Civil Action | CAPITAL ONE BANK USA NA | FRAIN, JOAN H | Yes | No | 4 | |
| 2009-41610 | 12/2/2009 | Complaint Civil Action | FIA CARD SERVICES NA | GEIGER, LEONA | No | No | 3 | |
| 2009-41613 | 12/2/2009 | Complaint Civil Action | FIA CARD SERVICES NA | YEAKEL, DEBBIE | Yes | No | 3 | |
| 2009-42283 | 12/7/2009 | Foreign Judgment | BANK OF AMERICA NA USA | WOOLRIDGE, DAVID E | Yes | No | 1 | |
| 2009-42766 | 12/11/2009 | Complaint Civil Action | BANK OF AMERICA NA | JETSETTER NETWORK | No | No | 2 | |
| 2009-42768 | 12/11/2009 | Complaint Civil Action | BANK OF AMERICA NA | MKBS PROPERTIES LLC | No | No | 2 | |
| 2009-44584 | 12/29/2009 | Foreign Judgment | CAPITAL ONE BANK | LEVIN, STEVEN | Yes | No | 1 | |
| 2010-00368 | 1/5/2010 | Complaint Civil Action | JPMORGAN CHASE BANK NA | HERBST, ROBERT | Yes | No | 4 | |
| 2010-05401 | 3/3/2010 | Complaint Civil Action | JPMORGAN CHASE BANK NA | SANTOS, GLORIA | Yes | No | 4 | |
| 2010-05403 | 3/3/2010 | Complaint Civil Action | FIA CARD SERVICES NA | FRIEDMANN, AARON | No | No | 3 | |
| 2010-05412 | 3/3/2010 | Complaint Civil Action | JPMORGAN CHASE BANK NA | WESLEY, JOSEPH | Yes | No | 4 | |
| 2010-05421 | 3/3/2010 | Complaint Civil Action | JPMORGAN CHASE BANK NA | EBO, KIMBERLY | No | No | 2 | |
| 2010-05910 | 3/8/2010 | Complaint Civil Action | JPMORGAN CHASE BANK NA | WAXLER, DENNIS | No | No | 2 | |
| 2010-06059 | 3/10/2010 | Petition to Appeal Nunc Pro Tunc | MINNUCCI, SUSANNE M | ANDRESS, JACQUELYNN M HARTZELL | No | No | 3 | |
| 2010-09636 | 4/12/2010 | Complaint Civil Action | CAPITAL ONE BANK USA NA | MCFARLAND, LAWRENCE E | Yes | No | 4 | |
| 2010-11613 | 5/3/2010 | Complaint Civil Action | FIA CARD SERVICES NA | HARE, CHRISTOPHER T | No | No | 2 | |
| 2010-11616 | 5/3/2010 | Complaint Civil Action | FIA CARD SERVICES NA | MCALLISTER, JAMES M | No | No | 2 | |

Copyright © 2008-2011 Paperless Solutions, Inc. All rights reserved.

Print All

| Case Number | Commenced | Case Type | Caption Plaintiff | Caption Defendant | Judgement | Lis Pendens | Status | Parcel Number |
|---|---|---|---|---|---|---|---|---|
| 2010-11619 | 5/3/2010 | Complaint Civil Action | BANK OF AMERICA NA | MCCLURE, MICHELE | Yes | No | 4 | |
| 2010-11740 | 4/30/2010 | Complaint Civil Action | JPMORGAN CHASE BANK NA | WILLIAMS, CARLOS J | Yes | No | 4 | |
| 2010-12542 | 5/11/2010 | Complaint Civil Action | CAPITAL ONE BANK USA NA | COOK, CHERYL L | Yes | No | 4 | |
| 2010-12882 | 4/30/2010 | Complaint Civil Action | JPMORGAN CHASE BANK N A | HARRIS, JERIS | Yes | No | 4 | |
| 2010-16292 | 6/16/2010 | Foreign Judgment | ADELPHI UNIVERSITY | KELSO, LAQUANTO N | Yes | No | 1 | |
| 2010-16771 | 6/23/2010 | Complaint Civil Action | BANK OF AMERICA NA | MAH SAWNGS PRODUCTION CO | Yes | No | 4 | |
| 2010-17550 | 6/28/2010 | Complaint Civil Action | CAPITAL ONE BANK USA NA | GOMEZ, WILLIAM E | Yes | No | 2 | |
| 2010-21013 | 7/29/2010 | Complaint Civil Action | CAPITOL ONE BANK USA NA | STEVENS, CHRISTOPH T | Yes | No | 4 | |
| 2010-21017 | 7/29/2010 | Complaint Civil Action | CAPITOL ONE BANK USA NA | COLAIEZZI, DAVID E | Yes | No | 4 | |
| 2010-21035 | 7/29/2010 | Complaint Civil Action | CAPITOL ONE BANK USA NA | GITT, STAN | No | No | 2 | |
| 2010-21712 | 8/3/2010 | Complaint Civil Action | FIA CARD SERVICES NA | BAKER, CHRISTOPHER | No | No | 2 | |
| 2010-26244 | 9/2/2010 | Complaint Civil Action | BANK OF AMERICA NA | LANDIS, MICHAEL | Yes | No | 4 | |
| 2010-30345 | 10/13/2010 | Complaint Civil Action | FIA CARD SERVICES NA | CHONG, HAN J | Yes | No | 4 | |
| 2010-30669 | 10/18/2010 | Complaint Civil Action | CAPITAL ONE BANK USA NA | SOLOMON, VENICE E | Yes | No | 4 | |
| 2010-31419 | 10/27/2010 | Complaint Civil Action | JPMORGAN CHASE BANK NA | GOUIN, BEATRICE | No | No | 2 | |
| 2010-37354 | 12/20/2010 | Complaint Civil Action | JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | CHOI, BYOUNG | Yes | No | 4 | |
| 2011-04701 | 2/28/2011 | Complaint Civil Action | FPC FINANCIAL FSB | STERNER, GEORGE K | Yes | No | 4 | |
| 2011-04739 | 2/28/2011 | Judgment from District Justice | JPMORGAN CHASE BANK NA | STROTHER, TRACEY L | Yes | No | 1 | |
| 2011-04850 | 3/1/2011 | Complaint Civil Action | CAPITAL ONE BANK USA NA | TANGUAY, VERNON G | No | No | 2 | |
| 2011-04852 | 3/1/2011 | Complaint Civil Action | CAPITAL ONE BANK USA NA | HARTZEL, KEVEN A | Yes | No | 4 | |

Copyright © 2008-2011 Paperless Solutions, Inc. All rights reserved.

Print All

| Case Number | Commenced | Case Type | Caption Plaintiff | Caption Defendant | Judgement | Lis Pendens | Status | Parcel Number |
|---|---|---|---|---|---|---|---|---|
| 2011-04854 | 3/1/2011 | Complaint Civil Action | JPMORGAN CHASE BANK NA | ADDISON, DARRAL R | No | No | 3 | |
| 2011-05524 | 3/9/2011 | Complaint Civil Action | FIA CARD SERVICES NA | SMALL, LEONARD | Yes | No | 2 | |
| 2011-05525 | 3/9/2011 | Complaint Civil Action | FIA CARD SERVICES NA | MORGAN, ANDREW J | Yes | No | 4 | |
| 2011-07345 | 3/24/2011 | Judgment from District Justice | JPMORGAN CHASE BANK NA | CIOFFI, ROSA | Yes | No | 2 | |
| 2011-14491 | 5/23/2011 | Complaint Civil Action | JPMORGAN CHASE BANK NA | NEDD, SONYA | No | No | 2 | |
| 2011-15272 | 5/27/2011 | Complaint Civil Action | JPMORGAN CHASE BANK NA | WOODS, AISHA B | Yes | No | 4 | |
| 2011-15904 | 6/8/2011 | Complaint Civil Action | FIA CARD SERVICES NA | SCHEUER, CHRISTOPHER D | No | No | 2 | |
| 2011-15911 | 6/8/2011 | Complaint Civil Action | FIA CARD SERVICES NA | DUNN, JOSEPH P III | No | No | 2 | |
| 2011-16661 | 6/15/2011 | Foreign Judgment | CAPITAL ONE BANK | MCGEE, PATRICIA E | Yes | No | 1 | |
| 2011-17818 | 6/30/2011 | Complaint Civil Action | JPMORGAN CHASE BANK NA | PETERSON, OPHELIS J | No | No | 2 | |
| 2011-18386 | 7/7/2011 | Complaint Civil Action | JPMORGAN CHASE BANK | GORDON, BEVERLY P | Yes | No | 4 | |
| 2011-18758 | 7/11/2011 | Complaint Civil Action | JPMORGAN CHASE BANK NA | MORRIS, WILLIAM H JR | Yes | No | 4 | |
| 2011-18818 | 7/11/2011 | Complaint Civil Action | JPMORGAN CHASE BANK NA | FALLOWS, MATTHEW J | No | No | 2 | |
| 2011-18819 | 7/7/2011 | Complaint Civil Action | JPMORGAN CHASE BANK NA | BROOKS, ERICK | Yes | No | 4 | |
| 2011-18860 | 7/7/2011 | Complaint Civil Action | JPMORGAN CHASE BANK NA | ANTONIO, ELISA | Yes | No | 4 | |
| 2011-18943 | 7/12/2011 | Judgment from District Justice | CAPITAL ONE BANK NA | NEWMAN, MICHELLE R | Yes | No | 1 | |
| 2011-21529 | 7/27/2011 | Complaint Civil Action | JP MORGAN CHASE BANK NA | CAMP, ANN L | Yes | No | 4 | |
| 2011-21530 | 7/27/2011 | Complaint Civil Action | JP MORGAN CHASE BANK NA | JOHNSON, THOMAS | Yes | No | 4 | |
| 2011-21534 | 7/27/2011 | Complaint Civil Action | JP MORGAN CHASE BANK NA | MEANS, MARGERY S | No | No | 2 | |
| 2011-21537 | 7/27/2011 | Complaint Civil Action | JP MORGAN CHASE BANK NA | GLANTS, PAUL | Yes | No | 4 | |

Copyright © 2008-2011 Paperless Solutions, Inc. All rights reserved.

Print All

| Case Number | Commenced | Case Type | Caption Plaintiff | Caption Defendant | Judgement | Lis Pendens | Status | Parcel Number |
|---|---|---|---|---|---|---|---|---|
| 2011-21585 | 7/27/2011 | Complaint Civil Action | JPMORGAN CHASE BANK NA | OHARA, JOHN T III | No | No | 2 | |
| 2011-21611 | 7/28/2011 | Complaint Civil Action | JP MORGAN CHASE BANK NA | CASSEL, CHARLES | Yes | No | 4 | |
| 2011-21676 | 7/27/2011 | Judgment from District Justice | JPMORGAN CHASE BANK NA | BEAUDUY, GARRY | Yes | No | 1 | |
| 2011-21697 | 7/28/2011 | Complaint Civil Action | FIA CARD SERVICES | YOAKUM, JAMES A | No | No | 2 | |
| 2011-22048 | 8/1/2011 | Complaint Civil Action | FPC FINANCIAL FSB | CEMINI, DOMENIC | No | No | 2 | |
| 2011-23497 | 8/15/2011 | Complaint Civil Action | JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | CEMINI, DOMENIC | No | No | 2 | |
| 2011-23839 | 8/18/2011 | Complaint Civil Action | WELLS FARGO BANK NA | MEEKINS, HELEN | Yes | No | 4 | |
| 2011-24172 | 8/22/2011 | Complaint Civil Action | JPMORGAN CHASE BANK NA | GRICE, DAVID W | No | No | 2 | |
| 2011-26657 | 9/22/2011 | Judgment from District Justice | JPMORGAN CHASE BANK NA | WILLIAMS, PERTRICIA | Yes | No | 1 | |
| 2011-26668 | 9/22/2011 | Judgment from District Justice | JPMORGAN CHASE BANK NA | MILLER-MATELIS, AUDREY D | Yes | No | 1 | |
| 2011-27471 | 9/30/2011 | Judgment from District Justice | CAPITAL ONE BANK | BROWN, MICHAEL J | Yes | No | 1 | |

Copyright © 2008-2011 Paperless Solutions, Inc. All rights reserved.