IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES FRATZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : : : : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : : | |
| GOLDMAN & WARSHAW, P.C., | : | NO.  11-cv-02577 |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 16th day of October, 2012, upon consideration of Plaintiff's "Motion for Summary Judgment" (Doc. No. 23), Plaintiff's "Motion for Class Certification" (Doc. No. 21), Defendant's "Response to the Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment" (Doc. No. 31), the responses and replies thereto, and for the reasons stated in this Court's Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiff's "Motion for Summary Judgment" (Doc. No. 23) is **DENIED**;

2. Plaintiff's "Motion for Class Certification" (Doc. No. 21) is **DENIED**; and

3. Defendant's "Cross-Motion for Summary Judgment" (Doc. No. 31) is **GRANTED**, such that Plaintiff's claims under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692e, and the Fair Credit Extension

Uniformity Act (FCEUA), 73 P.S. § 2270.1, et seq. are **DISMISSED**.

Defendant's Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**